August 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL WOYCHESIN, Appellant

NO. 14-11-00304-CV                          V.

HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Harris County Sheriff's Civil Service Commission, signed March 8, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Michael Woychesin, to pay all costs incurred in this appeal. We further order this decision certified below for observance.